IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 96-cv-01173-CMA-DEA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK W. TITONI,

    Defendant,

and

S COOL SERVICES,

    Garnishee.

## ORDER STRIKING CLAIM FOR EXEMPTION

This matter is before the Court *sua sponte* following the Court's issuance of an order to show cause:

1. On January 13, 2012, Plaintiff filed an Application for Writ of Continuing Garnishment with S Cool Services as Garnishee. (Doc. # 28.)

2. On January 23, 2012, the Clerk of the Court issued a Writ of Continuing Garnishment directed to Garnishee S Cool Services. (Doc. # 26.) Also on January 23, 2012, the Clerk of the Court issued the Clerk's Notice of Post-Judgment Garnishment and Instructions to Judgment Debtor (Doc. # 27).

3. On February 3, 2012, Garnishee filed an answer stating that it had in its possession or under its control personal property belonging to and due Defendant, and that it was indebted to Defendant in the form of wages. (Doc. # 30.)

4. On February 3, 2012, Defendant, *pro se,* filed a Claim for Exemption (Doc. # 31). The Claim for Exemption, however, was blank except for an address, a telephone number, the date, and a signature.

5. On March 5, 2012, the Court, *sua sponte*, issued a Minute Order (Doc. # 34) ordering Defendant to "show cause in writing on or before March 14, 2012, why the Claim for Exemption should not be stricken due to the failure of Defendant to identify the basis of his exemption claim."

6. Defendant failed to respond to the Court's Order to Show Cause.

It is, therefore, ORDERED that Defendant's Claim for Exemption (Doc. # 31), filed on February 3, 2012, is hereby STRICKEN from the record. It is

FURTHER ORDERED that Plaintiff's Motion to Strike Claim for Exemption (Doc. # 35) is DENIED AS MOOT in light of this Order.

DATED: March   21  , 2012

BY THE COURT:

*Christine M Arguello*

———————————————
CHRISTINE M. ARGUELLO
United States District Judge