IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 96-cv-01173-CMA-DEA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK W. TITONI,

    Defendant,

and

S COOL SERVICES,

    Garnishee.

## GARNISHEE ORDER

On Motion for Entry of Garnishee Order (Doc. 40), filed March 26, 2012, and good cause appearing, IT IS HEREBY

ORDERED that S Cool Services Inc. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

**Payment Instructions:** Checks shall be make payable to U.S. Department of Justice and mail to:

> U.S. Attorney's Office
> Attn: Financial Litigation Unit
> 1225 17th Street, # 700
> Denver, CO 80202

Please include the following information on each check:

> Name of Defendant:   Frank W. Titoni
> Court Number:        96-cv-01173

DATED:  April 18, 2012

> BY THE COURT:
>
> *(signature)*
> _____
> CHRISTINE M. ARGUELLO
> United States District Judge