**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 96-cv-01173-CMA-DEA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FRANK W. TITONI,

      Defendant,

and

VISION AIR HVAC, INC.,

      Garnishee.

---

**GARNISHEE ORDER**

---

On Motion for Entry of Garnishee Order (Doc. 48), filed December 16, 2014, and good cause appearing, IT IS HEREBY

ORDERED that Vision Air HVAC, Inc. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

**Payment Instructions:**  Checks shall be made payable to U.S. Department of

Justice and mailed to:

> U.S. Attorney's Office
> Attn: Financial Litigation Unit
> 1225 17th Street, # 700
> Denver, CO 80202

Please include the following information on each check:

| | |
|---|---|
| Name of Defendant: | Frank W. Titoni |
| Court Number: | 96-cv-01173 |
| CDCS Number: | 1996A11245 |

DATED:  December 18, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2