IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 96-cv-01173-CMA-DEA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK W. TITONI,

    Defendant,

and

VISION AIR HVAC, INC.,

    Garnishee.

---

**ORDER DISMISSING GARNISHMENT**

---

This matter is before the Court on Plaintiff's Motion for Order to Dismiss Vision Air HVAC, Inc. Garnishment. (Doc. # 50.) The Court, being fully advised in the premises, hereby GRANTS the Motion. It is

ORDERED that the Writ of Garnishment (Doc. # 45) and the Garnishment Order (Doc. # 49) are DISMISSED.

DATED: July 7, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge